U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF _Fondy Carter_ | COURT CASE NUMBER _1-05cv-11335_ |
| DEFENDANT _Mr Mennon_ | TYPE OF PROCESS _Summon_ |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ➤ | _Deven Medical Center_ |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| AT | _P.O. Box 880, Ayer Massachusetts 01432_ |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| _Fondy Carter +_ _Federal Correctional Institute_ _P.C. Box 6001_ _Ashland Ky 41105_ | Number of process to be served with this Form - 285   **1** |
| | Number of parties to be served in this case   **1** |
| | Check for service on U.S.A.   ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Fold                                                                                                    Fold

SEP - 2   P 4:26   [illegible stamp: U.S. MARSHAL SERVICE]

| | | |
|---|---|---|
| Signature of Attorney or other Originator requesting service on behalf of: _Fondy Carter_ | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process **1** | District of Origin No. **32** | District to Serve No. **38** | Signature of Authorized USMS Deputy or Clerk _Nancy Jalausen_ | Date **9/2/05** |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address (complete only if different than shown above) | Date of Service | Time | am / pm |
|---|---|---|---|
| | | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: _Served By Cert Mail 9/6/05 nt_

# UNITED STATES DISTRICT COURT

District of _Massachusetts_

Fendy Carter

V.

D Newland, et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA CS-11335-NMG

TO: (Name and address of Defendant)

MR MCmann

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

FONDy CARTER, pro se

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this reasonable period of time after service.

Sarah A Thornton
CLERK

7/13/05
DATE

(By) DEPUTY CLERK