U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

PLAINTIFF: FONDY CARTER
COURT CASE NUMBER: 1:05-cv-11335 NMG

DEFENDANT: DR. NEWLAND
TYPE OF PROCESS: Summons

SERVE
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Devens Medical Center

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
AT: P.O. Box 880, Ayer Massachusetts 01432

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Fondy Carter
Federal Correctional Institute
P.O. Box 6001
Ashland, KY 41105

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.: ✓

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
Fondy Carter

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 32
District to Serve No. 38
Signature of Authorized USMS Deputy or Clerk
Date: 9/2/05

[☐] I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[✓] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):

Date of Service:
Time: am/pm
Signature of U.S. Marshal or Deputy:

Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund

REMARKS: Served by cert. mail 9/6/05 at
* Process returned by US BOP
Please see attached letter *

PRIOR EDITIONS MAY BE USED    2. USMS RECORD    FORM USM-285 (Rev. 12/15/80)



U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center, Devens*

P.O. Box 880
Ayer, MA 01432

October 20, 2005

US Department of Justice
United States Marshals Service
District of Massachusetts
United States Courthouse
1 Courthouse Way, Suite 500
Boston, MA 02210

Dear Sir or Madam:

I am returning the enclosed envelope with the complaint and summons sent via certified mail addressed to Dr. Newland. Please be advised Dr. Newland is no longer employed at FMC Devens.

If you have any questions, please feel free to contact me at (978) 796-1000, Ext. 1039.

Sincerely,

Cheryl L. Magnusson
Legal Assistant


Enclosures