```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| FONDY CARTER, ) | |
| ) | |
|   Plaintiff, ) | |
| ) | |
|     v. ) | Civil Action No. |
| ) | 05-11335-NMG |
| DR. NEWLAND, DR. SPADA, ) | |
| P.A. JENESCKO, P.A. AJIGIAN, ) | |
| P.A. BROOKS, AND MR. MENON, ) | |
| ) | |
|   Defendants. ) | |

**DEFENDANTS' MOTION TO DISMISS**

Now come defendants, Dr. Newland, Dr. Spada, P.A. Jenescko, P.A. Ajigian, P.A. Brooks and Mr. Menon, by and through their Attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and file this Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and (6). Defendants request the Court to dismiss the Complaint because of Plaintiff's failure to state a claim upon which relief may be granted, and the Court lacks subject matter jurisdiction. In support of this Motion Defendants incorporate the attached Memorandum in Support of their Motion to Dismiss.

WHEREFORE, based upon the arguments and authorities

submitted in the attached Memorandum of Law, Defendants respectfully move this Court to grant his Motion to Dismiss.

                    Respectfully submitted,

                    UNITED STATES OF AMERICA,

                    MICHAEL J. SULLIVAN,
                    UNITED STATES ATTORNEY

          By:  /s/ Rayford A. Farquhar
               Rayford A. Farquhar
               Assistant U.S. Attorney
               1 Courthouse Way, Ste. 9200
               Boston, MA 02210
               617-748-3100

**CERTIFICATE OF SERVICE**

Suffolk, ss.                    Boston, Massachusetts
                                January 25, 2006

    I hereby certify that a true copy of the above document was served by First Class Mail upon the Pro Se plaintiff, Fondy Carter, FCI Ashland, P.O. Box 6001, Ashland, KY 41105.

                    /s/ Rayford A. Farquhar
                    Rayford A. Farquhar
                    Assistant U.S. Attorney

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

    I was unable to contact the Pro Se plaintiff regarding this Motion to Dismiss because he is incarcerated in Kentucky.

                    /s/ Rayford A. Farquhar
                    Rayford A. Farquhar
                  Assistant U.S. Attorney