UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
FONDY CARTER,                       )
                                    )
        Plaintiff,                  )
                                    )        C.A. No. 05-11335-NMG
v.                                  )
                                    )
DR. NEWLAND, DR. SPADA,             )
P.A. JENESCKO, P.A. AJIGIAN,        )
P.A. BROOKS, and Mr. Menon,         )
                                    )
        Defendants.                 )
_____)

## NOTICE OF APPEARANCE

To the Clerk:

        Please enter my appearance in the above-captioned case as counsel for the Defendants.

                            Respectfully submitted,

                            MICHAEL J. SULLIVAN
                            United States Attorney


                        By: /s/ Rayford A. Farquhar
                            Rayford A. Farquhar
                            Assistant U.S. Attorney
                            John J. Moakley U.S. Courthouse
                            1 Courthouse Way, Suite 9200
                            Boston, MA  02210
                            (617) 748-3100


Dated: January 26, 2006

1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document was served upon Plaintiff by first class mail at FCI Ashland, P.O. Box 6001, Ashland, KY 41105.


/s/ Rayford A. Farquhar
Rayford A. Farquhar
Assistant U.S. Attorney

2