## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Fondy Carter,
        Plaintiff

V.

Dr. Newland,
        Defendant

CIVIL ACTION

NO. 05-11335

## ORDER OF DISMISSAL

Gorton, D. J.

For failure of the Plaintiff to comply with the Court's Memorandum and Order dated 6/27/06, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

11/22/06
Date

/s/ Craig J. Nicewicz
Deputy Clerk

(Dismissal Memo.wpd - 12/98)